| | |
|---|---|
| ROBERT J. DERIDER, | CASE NO. C19-1429 MJP |
| Plaintiff, | ORDER GRANTING MOTION TO COMPEL |
| v. | |
| JILL F. OSUR et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

This matter comes before the Court on Plaintiff's Motion to Compel Discovery. (Dkt. No. 17.) The Court, having considered Plaintiff's Motion, the Response (Dkt. No. 19), and all related papers, GRANTS the Motion. It is therefore ORDERED that within 14 days of this Order, Defendants Jill F. Osur aka Jill Osur-Meyers; Dean Frederick Myers aka Dean Myers; Paul Stewart Haley; Goldline Brands, Inc.; Mediterranean Vineyards LLC; Roundhay Farming, LLC; and Roundhay Partners LLC ("Defendants") shall fully answer all of the interrogatories propounded by Plaintiff on November 18, 2019; and it is further

ORDER GRANTING MOTION TO COMPEL - 1

1    ORDERED that by April 3, 2020, Defendants shall produce all documents responsive to Requests for Production propounded by Plaintiff on November 18, 2019, that have not previously been produced; and it is further

ORDERED that defendants shall pay Plaintiff's reasonable expenses, including attorneys' fees, that Plaintiff incurred in bringing on this motion.  Plaintiff shall have 10 days from the date of this Order in which to submit an affidavit or declaration establishing the amount of such expenses and Defendants shall have 10 days after that to contest those expenses.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 26, 2020.

_____
Marsha J. Pechman
United States District Judge

ORDER GRANTING MOTION TO COMPEL - 2