UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT J. DERIDER,<br><br>    Plaintiff,<br><br> v.<br><br>JILL F. OSUR, et al.,<br><br>    Defendants. | CASE NO. C19-1429 MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR STAY OF PROCEEDING; STRIKING TRIAL DATE; REQUIRING THE PARTIES TO ENTER THEIR DISMISSAL BY SEPTEMBER 7 |

This matter comes before the Court upon the Parties' Stipulated Motion for a Stay of Proceedings (Dkt. No. 24). Having reviewed the Motion and the related record, the Court GRANTS the Motion. Therefore, the Court STRIKES the November 16, 2020 trial date from the calendar and STAYS consideration of Plaintiff's pending Motion for Sanctions (Dkt. No. 21). The Parties have until **September 7, 2020** to enter the stipulated dismissal discussed in their Motion.

//

//

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated June 2, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge